IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>NOLAN HANOHANO,<br><br>                Defendant.<br>_____ | CIVIL 14-00532-SOM-KJM |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on April 29, 2016, and served on all parties on May 02, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PARTY DEFENDANT/COUNTERCLAIMANT NOLAN HANOHANO'S MOTION FOR ATTORNEYS' FEES," docket entry no. 55, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; May 17, 2016.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

State Farm Fire and Casualty Company v. Nolan Hanohano, Civ. No. 14-00532 SOM-KJM, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION